**STATE of Missouri, Respondent,**

v.

**Joseph BROWN, Appellant.**

**No. WD34928.**

Missouri Court of Appeals,
Western District.

June 26, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied
Oct. 9, 1984.

**650**

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

### ORDER

PER CURIAM:

Appeal from conviction for first degree arson, Section 569.040, RSMo 1978, and twelve-year sentence.

Affirmed. Rule 30.25(b).